**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7811**

LARRY KEITH EASTER,

                                    Plaintiff - Appellant,

        versus

M. INMAN, Registered Nurse; MS. DENNIS; GENE
JOHNSON; MS. WALLER; GEORGE M. HINKLE; SAMUEL
BATTS; RUFUS FLEMING; W. MANNING, Lieutenant;
CHARLES  THOMPSON;  CAPTAIN  RAMSEY;  LARRY
HUFFMAN;   LIEUTENANT   ZOLICOFFER;   FRED
SCHILLING,  Health  Services  Director;  R.N.
HILL,

                                    Defendants - Appellees,

        and

C. DAVIS,

                                    Defendant.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.   Henry  Coke  Morgan,  Jr.,  Senior
District  Judge.  (2:04-cv-00290-HCM)

Submitted:  March 28, 2007          Decided:  April 13, 2007

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Keith Easter, Appellant Pro Se.  Edward Joseph McNelis, III, Coreen Antoinette Bromfield, RAWLS & MCNELIS, PC, Richmond, Virginia; Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Keith Easter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Easter v. Inman</u>, No. 2:04-cv-00290-HCM (E.D. Va. Sept. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>